LAW LIBRARY

NO. 29354

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STOP RAIL NOW, a nonprofit organization;
LET HONOLULU VOTE, a nonprofit organization;
LEAGUE OF WOMEN VOTERS OF HONOLULU, a nonprofit organization,
SENSIBLE TRAFFIC ALTERNATIVES & RESOURCES, INC., dba HONOLULU
TRAFFIC.COM, a non-profit organization; PAUL DE GRACIA;
PAUL E. SMITH; ROBERT KESSLER; WARREN P. BERRY; JEREMY LAM, M.D.;
SCOTT R. WILSON; DENNIS CALLAN; and SAMUEL SLOM,
Petitioners/Plaintiffs-Appellants,

vs.

DENISE C. DE COSTA, in her capacity as
CITY CLERK OF THE CITY AND COUNTY OF HONOLULU,
Respondent/Defendant-Appellee.



CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 08-1-1605)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioners/Plaintiffs-Appellants' application for writ

of certiorari, filed on March 19, 2010, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 27, 2010.

Earle A. Partington
for petitioners/
plaintiffs-appellants
on the application

Don S. Kitaoka,
Diane T. Kawauchi,
Reid M. Yamashiro,
and Dawn D. M. Spurlin,
Deputies Corporation
Counsel, for respondent/
defendant-appellee on
the response

FOR THE COURT:

*James E. Duffy, Jr.*

Associate Justice

---

[1] Considered by: Moon, C.J., Nakayama and Duffy, JJ., Circuit Judge Perkins, in place of Acoba, J., recused, and Circuit Judge Alm, in place of Recktenwald, J., recused.